1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT
8            EASTERN DISTRICT OF CALIFORNIA
9
10   SUSAN ADAMS                 )        Case No. 14-cv-00704-AC
     xxx-xx-xxx                  )
11                               )
                                 )
12                               )        STIPULATIONAND
                                 )        ORDER EXTENDING PLAINTIFF'S
13            Plaintiff,         )        TIME TO FILE SUMMARY
                                 )        JUDGEMENT MOTION
14   v.                          )
                                 )
15   COMMISSIONER OF SSA         )
                                 )
16            Defendant.         )
                                 )
17                               )
18
19        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
20   Plaintiff's time to file her summary judgment motion is hereby extended from December 12, 2014,
21   to January 12, 2015,   with all other deadlines extended accordingly.   This extension is required due
22   to counsel's unexpected need to be out of the office.
23
24   / / / /
25   / / / /
26   / / / /
27
28
                                        1

1

2   Dated: December 12, 2014                    /s/Bess M. Brewer
                                                BESS M. BREWER
3                                               Attorney at Law

4                                               Attorney for Plaintiff

5

6

7   Dated: December 12, 2014                    Benjamin B. Wagner
                                                United States Attorney
8
                                                Donna L. Calvert
9                                               Acting Regional Chief Counsel, Region IX
                                                Social Security Administration
10
                                                /s/ Francesco Paulo Benavides
11
                                                FRANCESCO PAULO BENAVIDES
12
                                                Special Assistant United States Attorney
13
                                                Attorneys for Defendant
14

15                              **ORDER**

16

17  APPROVED AND SO ORDERED.

18  DATED: December 15, 2014

19

20                                              _____
                                                ALLISON CLAIRE
21                                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                              2