BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ADAMS<br>xxx-xx-xxx<br><br><br>**Plaintiff,**<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>**Defendant.** | Case No. 14-cv-00704-AC<br><br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from January 12, 2015, to January 23, 2015, with all other deadlines extended accordingly. This extension is required due to counsel's illness.


/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: January 12, 2015 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law <br><br> Attorney for Plaintiff |
| Dated: January 12, 2015 | Benjamin B. Wagner <br> United States Attorney <br><br> Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration <br><br> /s/ Francesco Paulo Benavides <br> FRANCESCO PAULO BENAVIDES <br> Special Assistant United States Attorney <br><br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 13, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2